JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CV 12-00115 MMM (SSx) |
| Date | February 27, 2012 |
| Title | *Skyline Vista Equities LLC v. Rio Vergini et al.* |

Present: The Honorable   MARGARET M. MORROW

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

None   None

**Proceedings:**   **Order Remanding Case for Lack of Subject Matter Jurisdiction**

On November 9, 2011, plaintiff Skyline Vista Equities, LLC filed a complaint for unlawful detainer following a foreclosure sale in Los Angeles Superior Court. Defendant Andra Hines removed this action, invoking the court's federal question jurisdiction.

On January 17, 2012, noting that the complaint and notice of removal did not demonstrate that the court had subject matter jurisdiction over the action, the court directed the defendants to show cause, on or before February 6, 2012, why the action should not be remanded to state court. Defendants did not respond to the order to show cause, and the court therefore directs the clerk to remand this action to Los Angeles Superior Court forthwith.